

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00420-CV

| | | |
|---|---|---|
| CCG COMMERCIAL CONSTRUCTION GROUP LLC, Appellant/Cross-Appellee | § | On Appeal from the 393rd District Court |
| | § | of Denton County (19-2594-393) |
| V. | § | January 9, 2020 |
| INDEPENDENT BANK, Appellee/Cross-Appellant | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM